PATRICK T. QUIGLEY, Appellant, v. MATTHEW C. O'BRIEN, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GLADYS WRIGHT, Respondent, v. LILLIAN M. SHERWOOD, Appellant, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Petition of LOUIS K. BANE and Another for the Removal of CHARLES DICKISON from Certain Premises in the City of Buffalo.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WENDELL P. MURRAY, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the law. Present — Sears, P. J. , Crouch, Taylor, Thompson and Crosby, JJ.

UNITED DAIRY MACHINERY CORPORATION, Respondent, v. JAMES L. TAYLOR and ANDREW TAYLOR, Appellants, Impleaded with Another, Defendant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

PETER MCGHEE, Respondent, v. INTERNATIONAL BUS CORPORATION, Appellant. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LYMAN S. MOORE, Appellant.— Judgment of conviction and order affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

EDWARD E. KAY and Another, as Administrators, etc., of EDITH KAY, Deceased, Respondents, v. THE TOWN OF ELLISBURG, Appellant.— Order affirmed, with costs. All concur, except Sears, P. J., and Crouch, J., who dissent and vote for reversal on the facts and for reinstatement of the verdict. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

EDNA L. WHEELER, Respondent, v. THE TOWN OF ELLISBURG, Appellant.— Order affirmed, with costs. All concur, except Sears, P. J., and Crouch, J., who dissent and vote for reversal on the facts and for reinstatement of the verdict. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ARTHUR FAIRL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Judgment affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal on the law and for dismissal of the complaint on the ground that the plaintiff was guilty of contributory negligence as matter of law. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ANGELO MAMMANA, as Administrator, etc., of JOSEPH MAMMANA, Deceased, Respondent, v. THE VILLAGE OF BROCTON, NEW YORK, Appellant.*—Judgment and order affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal on the law on the ground that no actionable negligence has been shown on the part of the defendant. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of THOMAS B. PRITCHARD, as Administrator of the Goods, Chattels and Credits of MARY B. PRITCHARD, Deceased, to Discover Certain Property, etc., Claimed to Be Withheld.— Decree affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

* Affd., 254 N. Y. ——.